JS-6

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                                                 Case No.  CV 14-08762-AB (KSx)

11    Saul Lira

12                          Plaintiff,            ORDER DISMISSING CIVIL ACTION

13    v.

14    County of Los Angeles et al

15                          Defendants.

16

17

18        THE COURT having been advised by counsel that the above-entitled action has

19    been settled;

20        IT IS THEREFORE ORDERED that this action is hereby dismissed without

21    costs and without prejudice to the right, upon good cause shown within **120 days,** to

22    re-open the action if settlement is not consummated.   This Court retains full

23    jurisdiction over this action and this Order shall not prejudice any party to this action.

24

25    Dated:  February 23, 2016     _____

26                                  HONORABLE ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT COURT JUDGE
27

28

                                       1.